UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

The Estate of Edward Brian Halloran

        Plaintiff(s)

        v.

United States of America

        Defendant(s)

CIVIL ACTION NO. 01-11346-WGY

### JUDGMENT IN A CIVIL CASE

Young
_____, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

At the conclusion of all of the evidence, the Court enters the following Judgment, pursuant to Massachusetts General Laws Chapter 229, in favor of the plaintiff, in the amount of Two Million, Sixty-One Thousand Dollars ($2,061,000.00) as follows:

1. To the Estate of Edward Brian Halloran
   Net Economic Loss:                 $111,000.00

2. To the individual statutory takers for the loss of services, protection, care, assistance, society, companionship, comfort, guidance, counsel and advice of decedent:

   Patricia Macarelli:                 $200,000.00

3. To the Estate of Edward Brian Halloran for the conscious pain and suffering of Edward Brian Halloran:       $1,750,000.00

Interest as provided by law.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 5/6/09         By _____
                                     Deputy Clerk

May 4, 2009
Form of judgment approved.
William H. Young
District Judge